JAMES A. HOWELL, Appellant, v. FRANK E. NASH, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Petition of BURR R. BROWN, Respondent, v. HARRAL MULLIKEN, Appellant, and Others, Defendants.— Final order of the County Court of Westchester county reversed, with costs, and the proceeding dismissed, on the ground that the letter of the landlord dated September 6, 1917, removed the cancellation clause from the lease, and that thereafter it was not a part of the terms of the lease. When the renewal agreement between the parties was signed on September 17, 1918, extending the lease " at the present rental price and under the terms of the present lease," the " present lease " did not contain the cancellation clause. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

J. D. JOHNSON Co., INC., Respondent, v. CHARLES KEMLEIN, Appellant, Impleaded with JOHN BERRYMAN, Defendant.— Order of the County Court of Nassau county affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

JANE I. LEMON and BURTON J. SCOTT, Respondents, v. MARY W. SCOTT, Individually and as Executrix, etc., of LEWIS B. SCOTT, Deceased, Appellant, Impleaded with FRANK SCOTT and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar and Kelly, JJ., concur; Rich, J., not voting.

MINA MAHLER, Appellant, v. BARBARA KRAEMER, Also Known as BARBARA COE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

CHARLES MORSCHAUSER, Respondent, v. GEORGE RINGLER & COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARRETT E. FARRELL, Appellant.— Judgment of conviction of the County Court of Richmond county affirmed. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LEHMAN, Appellant.— Judgment of conviction by the County Court of Kings county reversed and a new trial ordered for error in permitting the district attorney after cross-examination of the defendant as to a watch on his person, to call the witness Silverman in contradiction to prove his ownership of this watch, thus tending to prove a distinct and independent crime. (*People* v. *Molineux*, 168 N. Y. 264, 336, 337; *People* v. *De Garmo*, 179 id. 130, 134; *People* v. *Buffom*, 214 id. 53, 60, 64.) The sinister effect of such testimony plainly violated the appellant's substantial rights. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.